# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 04-00195-JVS (RZx) | Date September 21, 2010 |
| Title Nancy Howell Tavakolian v. County of Orange, et al. | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Present                             Not Present

**Proceedings:**   (IN CHAMBERS)
Order to Show Cause re Dismissal for Lack of Prosecution

    The Court orders Plaintiff to show cause, writing, not later than September 29, 2010, why this case should not be dismissed for failure to prosecute.

          0 : 00

Initials of Preparer   kjt